No. 21. ROMERO *v.* BALDORIOTY ET AL.—Apelación proce-
dente de la Corte de Distrito de San Juan. Resuelto en
marzo 14, 1904. Desistido a instancia de la parte apelante.
Abogado del apelante: *Sr. Cruz Castro.*